**Opinion issued September 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00499-CV

_____

**ROBERT HUNT, Appellant**

**V.**

**CHRISTINA HUNT, Appellee**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-26117**

---

### MEMORANDUM OPINION

Appellant, Robert Hunt, has filed a "Notice of Nonsuit," in which he states that he "does not desire to prosecute this suit against Appellee at this time." The Court construes this notice as a motion to dismiss the appeal. No opinion has issued. Further, although appellant failed to include a certificate of conference,

more than 10 days have passed and no party has responded to the notice. *See* TEX.

R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.